UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEAN E. WILLIAMS,

    Plaintiff,

v.                                                            Civil Action No. 3:09cv108

FOOD LION, LLC,

    Defendant.

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, Defendant Food Lion, LLC's Motion for Summary Judgment (Docket No. 24) is DENIED. Defendant Food Lion, LLC's First Motion in Limine to Exclude Food Lion, LLC's Policies and Procedures (Docket No. 27) is deemed MOOT.

Let the Clerk send copies of this Order and the accompanying Memorandum Opinion to counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States Magistrate Judge

Richmond, Virginia
Date: October 15, 2009